FOR THE DISTRICT OF HAWAII

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **05-16996**    U.S. District Court Case No. **CV-04-00670-DAE/BMK**

Short Case Title **Melodee H.; Jon H., v. Department of Education**

Date Notice of Appeal Filed by Clerk of District Court **October 3, 2005**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 02 2005
at 2 o'clock and 1 min. ___ M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| May 2, 2005 | Cynthia Fazio | Other (please specify) |

(additional page for designations if necessary)

(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____    Estimated date for completion of transcript _____

Print Name of Attorney **Stanley E. Levin, Esq.**    Phone Number **(808) 524-7500**

Signature of Attorney _____

Address **851 Fort Street, Suite 400, Honolulu, HI 96813**

**SECTION B** - To be completed by court reporter

I, _Cynthia Fazio_ (signature of court reporter) have received this designation.

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

**5** Approximate Number of Pages in Transcript—Due Date **4/23/06**

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed **4/7/06**    Court Reporter's Signature _Cynthia Fazio_

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn    **04-11-06**    BY: _signature_
(U.S. District Court Clerk)    (date)    DEPUTY CLERK