UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 02 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELODEE H.; et al.,<br><br>   Plaintiffs - Appellants,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br>STATE OF HAWAII,<br><br>   Defendant - Appellee. | No. 05-16996<br><br>D.C. No. CV-04-00670-DAE-BMK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Pursuant to the stipulation under Federal Rule of Appellate Procedure 42(b) by appellant and appellee, it is ordered that appeal no. 05-16996 be dismissed. Costs shall be allocated pursuant to the stipulation. A certified copy of this order shall act as and for the mandate of this court.

The Court is in receipt of appellants' motion for extension of time to file the reply brief. The motion is denied as moot.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 05.29.06